```
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
         ATLANTA DIVISION
```

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

JUN 0 9 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 90-CR-190-JOF |
| Plaintiff, | Atlanta, Ga. |
| v. | September 26th, 2005 |
| DIANNE DEMAR, | 10:15 a.m. |
| Defendant. | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE J. OWEN FORRESTER, SENIOR
UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For the Government:        OFFICE OF THE U.S. ATTORNEY
                           B.J. PAK,
                           Assistant United States Attorney

For the Defendant:         JACK MARTIN, Esq.
                           RUSSELL BONDS, Esq.

Court Reporter:            Donna C. Keeble
                           Official Court Reporter
                           1959 U.S. Courthouse
                           Atlanta, Georgia  30303-3361
                           (404) 215-1383

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription